UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Angel Cordero</u>

    v.                                                       Civil No. 15-cv-501-LM

<u>FCI Berlin, Warden</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 20, 2016.

    SO ORDERED.

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: June 22, 2016

cc:   Angel Cordero, pro se
       Seth R. Aframe, Esq.